BUD A. LIPMAN v. MANUFACTURERS TRUST COMPANY.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Glennon and Cohn, JJ.

In the Matter of the Appraisal under the Transfer Tax Law of the Estate of ELLEN W. DURYEA, Deceased. STATE TAX COMMISSION — JAMES C. WEBSTER and Another, as Executors, etc., of LISA W. SANDFORD, Deceased. ROBERT H. HEIGHE.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Dore and Cohn, JJ.

In the Matter of the Application of DANIEL H. SANDFORD for an Order of Mandamus against JAMES E. FINEGAN and Others.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., Glennon, Untermyer, Dore and Cohn, JJ.

In the Matter of the Transfer Tax upon the Estate of NATHAN WEISS, Deceased. STATE TAX COMMISSION — JOSEPH D. WEISS and Others.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Untermyer, Dore and Cohn, JJ.

BETH ISRAEL HOSPITAL ASSOCIATION and Others v. ROBERT MOSES, Commissioner of Parks and THE CITY OF NEW YORK.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Dore and Cohn, JJ.

In the Matter of the Application of WILLIAM A. LYONS, for an Order of Mandamus against LEWIS J. VALENTINE, as Police Commissioner of the City of New York.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., Glennon, Untermyer, Dore and Cohn, JJ.

JOSEPH M. BERK v. KATHARINE F. MILBANK, Impleaded, etc.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Untermyer, Dore and Cohn, JJ.

In the Matter of the Application of KNICKERBOCKER THEATRES, INC., and Another, for an Order Requiring MAX D. STEUER, an Attorney and Counsellor at Law, to Turn Over Certain Moneys, etc.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Glennon, Untermyer and Cohn, JJ.

JOHN K. AYEW, as President of the Gold Coast Farmers Association, v. WILLARD HAWES & Co., INC., and Others.— Motion for leave to appeal to the Court of Appeals granted. [See 250 App. Div. 596.] Motion for reargument denied. Settle order on notice. Present — Martin, P. J., O'Malley, Dore and Cohn, JJ.

NORTHEASTERN REAL ESTATE SECURITIES CORPORATION v. EDGAR B. GOLDSTEIN.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Untermyer, Dore and Cohn, JJ.

BELDING HEMINWAY Co. v. SLATER MILLS, INC.— Motion for a resettlement or for a reargument denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Glennon and Cohn, JJ.